Argued and submitted April 28, convictions affirmed; remanded for resentencing June 16, reconsideration denied August 4, petition for review denied August 24, 1993

(317 Or 486)

## STATE OF OREGON,
*Respondent,*

*v.*

## CARL GENE LEWIS,
*Appellant.*

(CR91-0054, CR91-0055, CR91-0056, CR91-0057, CR91-0058, CR91-0059, CR91-0060, CR91-0061, CR91-0127; CA A73095 (Control), A73096, A73097, A73098, A73099, A73100, A73101, A73102, A73103) (Cases Consolidated)

853 P2d 325

James N. Varner, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Deits, Presiding Judge, and Riggs and Durham, Judges.

PER CURIAM

## PER CURIAM

Defendant challenges the trial court's sentence in his appeal of his convictions for four counts of unlawful taking of wildlife, ORS 498.012, four counts of unlawful sale of wildlife, ORS 498.022, and one count of failure to keep or submit fish records. ORS 508.540. All of the convictions are Class A misdemeanors. ORS 161.555(3).

The state concedes that the trial court erred in sentencing, and we accept its concession. Accordingly, we remand for resentencing.

Defendant's other assignments of error do not require discussion.

Convictions affirmed; remanded for resentencing.